**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| ANTHONY DEGLIOMINI AND KAREN DEGLIOMINI, | : No. 376 EAL 2019 |
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| v. | : |
| | : |
| | : |
| ESM PRODUCTIONS, INC. AND CITY OF PHILADELPHIA, | : |
| | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of January, 2020, the Petition for Allowance of Appeal is

**GRANTED.** The issues as stated by Petitioner are:

1. Can the City of Philadelphia contractually immunize itself from tort liability for breaching a mandatory public safety duty which has existed for decades under common law, and which is now codified and/or imposed under Pennsylvania's Tort Claims Act and Philadelphia's Home Rule Charter?

2. Does The Phillies' exculpatory Release immunize the City from liability for negligently repairing its road hazard before the parties drafted or entered the Release, and long before the event covered by the Release.